# E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: PACIFIC GAS AND ELECTRIC,

Plaintiff,

Defendant.
_____/

No. C-08-01239 WHA
NOTICE OF FILING OF BANKRUPTCY
APPEAL AND ORDER SETTING STATUS
CONFERENCE

RE:

    Bankruptcy Case: 01-30923
    Adversary No.:
    BAP No.:
    Appellant:

The appeal has been assigned the following case number C-08-01239 WHA before the Honorable William H. Alsup.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 6/12/2008 at     in Ctrm 9, 19th Fl,SF.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Mar 3, 2008

                        For the Court
                        Richard W. Wieking, Clerk

By: Deputy Clerk

cc: USBC
    Counsel of Record