McPHARLIN SPRINKLES & THOMAS LLP
ELAINE M. SEID (Bar No. 72588)
PAUL S. AVILLA (Bar No. 120458)
10 Almaden Blvd, Suite 1460
San Jose, California 95113
Telephone (408) 293-1900
Facsimile (408) 293-1999

Attorneys for Appellant
THE CITY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

In re

PACIFIC GAS and ELECTRIC COMPANY,
a California corporation

Debtor.

Tax I.D. No. 94-0742640

Case No. C-08-01239 WHA

**STIPULATION FOR STAY OF APPEAL FROM BANKRUPTCY COURT ORDER DENYING THE CITY OF SANTA CLARA, DBA "SILICON VALLEY POWER'S" MOTION FOR LEAVE TO AMEND "KNOWN CLAIM A" IN PROOF OF CLAIM NO. 12602**

Appellant, the City of Santa Clara, dba Silicon Valley Power ("SVP") and Appellee, Pacific Gas and Electric Company ("PG&E"), by and through their respective counsel, stipulate and agree as follows:

1. SVP has appealed the Bankruptcy Court's Order Denying City of Santa Clara, dba Silicon Valley Power's Motion for Leave to Amend "Known Claim A" in Proof of Claim Number 12602 ("Order") entered by the Bankruptcy Court on February 7, 2008, such appeal now pending in the District Court for the Northern District of California (the "Appeal").

1  2.  The parties desire that the Appeal be stayed, because the Appeal may become moot by virtue of the outcome of proceedings pending before the Federal Regulatory Energy Commission and/or ongoing settlement discussions between the parties. The timing on the outcome of such proceedings before FERC is unknown at this time.

3.  The parties therefore stipulate and agree that all matters regarding the Appeal shall be stayed. The foregoing stay shall be lifted by the Court upon application by either Party, at which time, the appeal shall resume and the Court shall enter such orders as may be appropriate to establish a briefing schedule and to otherwise provide for a determination of the appeal.

DATED: March 6, 2008        PACIFIC GAS and ELECTRIC COMPANY

By: _____
    Charles R. Middlekauff
PACIFIC GAS AND ELECTRIC COMPANY

DATED: March 5, 2008        McPHARLIN SPRINKLES & THOMAS LLP

By:   /s/ Paul S. Avilla
        PAUL S. AVILLA
Attorneys for THE CITY OF SANTA CLARA,
DBA SILICON VALLEY POWER