McPHARLIN SPRINKLES &
THOMAS LLP
ELAINE M. SEID (Bar No. 72588)
PAUL S. AVILLA (Bar No. 120458)
10 Almaden Blvd, Suite 1460
San Jose, California 95113
Telephone (408) 293-1900
Facsimile (408) 293-1999

Attorneys for Appellant
THE CITY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| In re<br><br>PACIFIC GAS and ELECTRIC COMPANY, a California corporation<br><br>              Debtor.<br><br>Tax I.D. No. 94-0742640 | Case No. C-08-01239 WHA<br><br>**ORDER STAYING APPEAL FROM BANKRUPTCY COURT ORDER DENYING THE CITY OF SANTA CLARA, DBA "SILICON VALLEY POWER'S" MOTION FOR LEAVE TO AMEND "KNOWN CLAIM A" IN PROOF OF CLAIM NO. 12602** |

      Appellant, the City of Santa Clara, dba Silicon Valley Power, and Appellee, Pacific Gas and Electric Company, having stipulated by and through their respective counsel of record to the following, and good cause appearing therefore,

      IT IS HEREBY ORDERED:

      1.      That all matters with respect to SVP's appeal from the Bankruptcy Court's Order Denying City of Santa Clara, dba Silicon Valley Power's Motion for Leave to Amend "Known

1  Claim A" in Proof of Claim Number 12602 entered by the Bankruptcy Court on February 7,
2  2008, such appeal now pending in this Court, shall be stayed.
3      2.    The foregoing stay shall be lifted by the Court upon application to this Court by
4  either Party, at which time the appeal shall resume and the Court shall enter such orders as may
5  be appropriate to establish a briefing schedule and to otherwise provide for a determination of
6  the appeal.

8  DATED:

10  _____
            Hon. William H. Alsup