IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: PACIFIC GAS AND ELECTRIC COMPANY, a California corporation<br><br>    Debtor.<br>_____/ | No. C 08-01239 WHA<br><br>**ORDER STAYING APPEAL** |

    The appeal from the bankruptcy court's order denying the city of Santa Clara's motion for leave to amend is hereby **STAYED** pending the outcome of the Federal Regulatory Energy Commission's proceedings. In any event, a case management conference will be held on **JUNE 19, 2008, AT 11AM**, to update the Court as to the status of this case.

    **IT IS SO ORDERED.**

Dated: March 20, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE