**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 7, 2008

TO COUNSEL OF RECORD:

CIVIL NUMBER: **CV 08-01239 WHA**

CASE TITLE: **IN RE: PACIFIC GAS AND ELECTRIC -v- IN RE: PACIFIC GAS AND ELECTRIC**

BANKRUPTCY NUMBER: **01-30923**

## NOTICE OF BRIEFING

The Record on Appeal in the above matter was entered in the docket of this Court on March 27, 2008. Pursuant to U.S. Bankruptcy Rule 8007 and B.L.R. 8007-1, the appellant shall serve and file a brief on May 7, 2008 (30 days after entry of this order).

The appellee shall serve and file a brief 20 days after service of appellant's brief.

The appellant may serve and file a reply brief 10 days after service of appellee's brief.

The appellee may serve and file a reply brief in response to appellant's brief relating to the issues in any cross-appeal 10 days after service of appellant's reply brief.

The Bankruptcy Status Conference date is hereby **VACATED**.

Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be deemed submitted for decision without oral argument, unless the court orders otherwise.

RICHARD W. WIEKING, Clerk

by: Susan Imbriani
Case Systems Administrator

NDC Bkcy-1  Rev. 7/96