UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>June 19, 2008</u>

Case No.  <u>C 08-01239 WHA</u>

Title: <u>CITY OF SANTA CLARA</u> v. <u>PACIFIC GAS & ELECTRIC CO</u>

Plaintiff Attorneys: Paul Avilla

Defense Attorneys: Gayle Gough

Deputy Clerk:  <u>Dawn Toland</u>          Court Reporter: <u>Kathy Wyatt</u>

**PROCEEDINGS**

1)   <u>CMC - HELD</u>

2)   _____

Continued to _ for Motion to Dismiss

Continued to _ for Pretrial Conference

Continued to _ for Jury Trial

**ORDERED AFTER HEARING:**

Parties will file a joint status statement on 6/27/08.