IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITY OF SANTA CLARA,

    Appellant,

    v.

PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,

    Appellee.

                                        /

No. C 08-01239 WHA

**ORDER OF DISMISSAL**

       Pursuant to stipulation, the appeal by City of Santa Clara is **DISMISSED** and the Clerk shall close the file.

       **IT IS SO ORDERED.**

Dated: April 9, 2009.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE